IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA YVETTE SHARP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARIANN SHEPPERD, et al. | : | NO. 15-3817 |

### ORDER

AND NOW, this 17th day of July, 2015, upon consideration of the motion to proceed *in forma pauperis* and *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Claims brought on behalf of the Estate of Star Eubanks are DISMISSED without prejudice for the reasons stated in the Court's Memorandum.

3. Claims brought on behalf of Ms. Sharp are DISMISSED with prejudice for the reasons stated in the Court's Memorandum.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

GENE E.K. PRATTER, J.